IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KEVIN S. CASON                                                                               PLAINTIFF

v.                         Case No. 1:17-cv-1019

BRANDON KELLEY, Patrol Officer,
Crossett Police Department; MATT
BROOKS, Investigator, Crossett Police
Department; J W CREWS, Chief of Police,
Crossett Police Department; SCOTT
MCCORMICK, Mayor of Crossett, Arkansas;
STEVEN PORCH, Court Appointed
Attorney                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 16, 2017, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Marschewski recommends that Plaintiff's case be dismissed with prejudice pursuant to the Prison Litigation Reform Act. Judge Marschewski recommends that Plaintiff Kevin S. Cason's claims challenging the pending state criminal proceedings are barred under the *Younger* abstention doctrine. Judge Marschewski also recommends that Plaintiff's claims fail to state cognizable claims under 42 U.S.C. § 1983.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of April, 2017.

                                                                          /s/ Susan O. Hickey
                                                                          Susan O. Hickey
                                                                          United States District Judge